1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

KEVIN CARTER,                          )          No. C 14-0106 LHK (PR)
11                                     )
                    Plaintiff,         )          JUDGMENT
12                                     )
      v.                               )
13                                     )
UNKNOWN,                               )
14                                     )
                    Defendants.        )
15  _____    )

16

       The court has dismissed the instant action.  A judgment of dismissal without prejudice is
17
entered.  The clerk shall close the file.
18
       IT IS SO ORDERED.
19
DATED: ___2/24/14___                   _____
20                                          LUCY H. KOH
21                                          United States District Judge

22

23

24

25

26

27

28